# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**BENJAMIN J. GONZALEZ,**

    **Plaintiff,**

    **v.**                                     **No. 14-cv-0612 MCA/SMV**

**STATE OF NEW MEXICO, et al.,**

    **Defendants.**

## ORDER

THIS MATTER is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 6].   The Court has already granted the leave sought and ordered payment of an initial partial filing fee.   [Doc. 5]   The Application will be denied as moot.

**IT IS THEREFORE ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 6] is **DENIED as moot**.

**IT IS SO ORDERED.**

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**